UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

IN RE:                                     )
                                           )  Case No: 13-71432
    MENKE, JANENE,                   )
                                           )
    DEBTOR.                          )

**TRUSTEE'S MOTION TO EXTEND DATE TO OBJECT TO DEBTOR'S EXEMPTIONS**

    NOW COMES James R. Inghram, Chapter 7 Trustee, and moves the Court to Extend the Date to Object to the Debtor's claim of exemptions in Schedule C to February 4, 2014 for the reason that Debtor's 341 Meeting has been continued to the November 4, 2013 at the Debtor's request.

    WHEREFORE, Trustee prays the time within which he may object to Debtor's exemptions be extended to February 4, 2014.

_____
James R. Inghram, Trustee

**CERTIFICATE OF SERVICE**

    I, James R. Inghram, certify that an exact copy of the above and foregoing instrument was filed electronically with the Bankruptcy Court on October 7, 2013 to be served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Bankruptcy Court to:

- **J Randall Cox**   rcox@feldman-wasser.com, tberry@feldman-wasser.com;krobertson@feldman-wasser.com
- **James R Inghram**   bankruptcy@inghramlaw.com, IL52@ecfcbis.com;linda@inghramlaw.com;sherene@inghramlaw.com;lori@inghramlaw.com;ranae@inghramlaw.com
- **Kevin Linder**   bklinderlaw@aol.com, bklinderlaw@aol.com;klinder180@aol.com
- **Timothy E Ruppel**   tim.ruppel@usdoj.gov, timmy.ruppel@gmail.com
- **U.S. Trustee**   USTPRegion10.PE.ECF@usdoj.gov

_____
James R. Inghram, #7317514

INGHRAM & INGHRAM
Attorneys at Law
529 Hampshire Street, Ste. 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail: inghram@inghramlaw.com