**IT IS SO ORDERED.**

**SIGNED THIS: October 31, 2013**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 13-71432 |
| MENKE, JANENE, ) | |
| ) | |
| DEBTOR. ) | |

### ORDER

James R. Inghram, Trustee, having filed a Motion to Extend Date to Object to Debtor's Exemptions on October 7, 2013 as document #59, an objection date having been set by the Court and no objections being made thereto and the Court being now fully advised in the premises FINDS the Motion should be ALLOWED.

IT IS THEREFORE ORDERED that the time within which the Trustee may object to Debtor's exemptions is extended to February 4, 2014.

###

United States Bankruptcy Court
Central District of Illinois

In re:                                                                  Case No. 13-71432-mpg
Janene Purdon Menke                                                      Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0753-3      User: apas      Page 1 of 1      Date Rcvd: Oct 31, 2013
                       Form ID: pdf012      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2013.
db        +Janene Purdon Menke,    5551 Hogan Road,    Auburn, IL 62615-9645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2013                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2013 at the address(es) listed below:
        J Randall Cox    on behalf of Interested Party Alvin   Menke rcox@feldman-wasser.com,
         tberry@feldman-wasser.com;krobertson@feldman-wasser.com
        James R Inghram    bankruptcy@inghramlaw.com,
         IL52@ecfcbis.com;linda@inghramlaw.com;sherene@inghramlaw.com;lori@inghramlaw.com;ranae@inghramlaw.com
        Kevin  Linder    on behalf of Debtor Janene Purdon Menke bklinderlaw@aol.com,
         bklinderlaw@aol.com;klinder180@aol.com
        Timothy E Ruppel    on behalf of U.S. Trustee   U.S. Trustee tim.ruppel@usdoj.gov,
         timmy.ruppel@gmail.com
        U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                             TOTAL: 5