## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

JANENE PURDON MENKE

DEBTOR(S),

Case No.  13 B 71432

Chapter 7

Judge Mary P. Gorman

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Nationstar Mortgage, LLC (hereinafter "Creditor"), by and through its attorneys, CODILIS & ASSOCIATES, P.C., and moves this Honorable Court for an Order granting relief from the automatic stay of this proceeding and in support thereof respectfully represents as follows:

1. The Debtor is indebted to this Creditor or servicer for which the movant claims a valid security interest in the property commonly known as 5551 Hogan Road, Auburn, IL;

2. This security interest arose from a Note and Mortgage, executed on 1/28/2005, in the amount of $200,000.00, with interest payable at a rate of 6.250%;

3. The estimated total amount due to Creditor or servicer herein on account of said indebtedness as of 12/10/13, was in the amount of $269,594.02;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code upon Debtor filing of this petition on 7/22/13;

5. This Creditor is entitled to relief from the automatic stay under 11 U.S.C. 362(d) for the following reasons:

    a) The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage and is contractually due for the 2/1/10, payment with an estimated default as of 12/1/13, in the amount of $84,395.13, which includes attorney fees and costs in the amount of $726.00;

    b) To the best of Creditor's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

6.    The approximate value of real estate is $230,355.00, per Debtor's Schedules;

7.    Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

    $550.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

    $176.00    for Court filing fee

8.    Pursuant to Debtor's filed Statement of Intention, the property known as 5551 Hogan Road, Auburn, IL is to be surrendered;

9.    The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

**WHEREFORE,** NATIONSTAR MORTGAGE, LLC its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) granting relief from the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated December 16, 2013.

          Respectfully Submitted,

          By:  /s/ Peter C. Bastianen

          Berton J. Maley ARDC#6209399
          Christopher J. Stasko ARDC#6256720
          Gloria C. Tsotsos ARDC#6274279
          Jose G. Moreno ARDC#6229900
          Rachael A. Stokas ARDC#6276349
          Peter C. Bastianen ARDC#6244346
          Joel P. Fonferko ARDC#6276490
          Maria A. Georgopoulos ARDC#6281450
          Jessica S. Naples ARDC#6304951
          CODILIS & ASSOCIATES, P.C.
          15W030 North Frontage Road, Suite 100
          Burr Ridge, IL 60527
          (630) 794-5300
          **C & A FILE (14-10-46315)**

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

JANENE PURDON MENKE | Case No. 13 B 71432

Chapter 7

DEBTOR(S), | Judge Mary P. Gorman

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that I served a copy of the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 16, 2013 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 16, 2013.

James R. Inghram, Interim Trustee, 529 Hampshire Street #409, Quincy, IL 62301 by electronic notice through ECF
Janene Purdon Menke, Debtor(s), 5551 Hogan Road, Auburn, IL 62615
Kevin Linder, Attorney for Debtor(s), 1300 S. Eighth Street, P.O. Box 5327, Springfield, Il 62703 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

  /s/ Peter C. Bastianen
Attorney for Creditor

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-10-46315)**

NOTE: This law firm is deemed to be a debt collector.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: <br><br> JANENE PURDON MENKE <br><br><br> DEBTOR(S), | Chapter 7 <br><br> Case No.  13 B 71432 |

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by NATIONSTAR MORTGAGE, LLC on December 16, 2013:

1. Note / Mortgage or relevant excerpts.

2. Assignments, if applicable.

      /s/ Peter C. Bastianen
Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of all exhibits listed below, , were transmitted via electronic filing and provided electronically by the Bankruptcy Court to the Trustee and Debtor's attorney on  December 16, 2013 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  December 16, 2013.

  James R. Inghram, Interim Trustee, 529 Hampshire Street #409, Quincy, IL 62301 by electronic notice through ECF
  Janene Purdon Menke, Debtor(s), 5551 Hogan Road, Auburn, IL 62615
  Kevin Linder, Attorney for Debtor(s), 1300 S. Eighth Street, P.O. Box 5327, Springfield, Il 62703 by electronic notice through ECF
  Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

      /s/ Peter C. Bastianen